

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00210-CV

## IN THE INTEREST OF Z.A.C.,
## A CHILD

**From the 278th District Court
Madison County, Texas
Trial Court No. 20-16717**

## MEMORANDUM OPINION

Appellant Lamaria Brazzell files a Motion for Non-Suit, which we construe as a motion to dismiss under Rule 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1). The Court grants the motion, and this appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Dismissed
Opinion delivered and filed August 19, 2020
[OT06]

